DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JERMAINE ROSHELL CONAWAY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2024-2074
_____

May 6, 2026

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Blair Allen, Public Defender, and Lisa Martin, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.


SILBERMAN, VILLANTI, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.